

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 8, 2025

By ECF
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Kuprashvili v. Flanagan*, No. 25 Civ. 5268 (PAE)

Dear Judge Engelmayer:

    This Office represents the government in the above-referenced habeas corpus action. I write respectfully in response to the Court's June 30, 2025, Order directing this Office to file a letter detailing "the date and time petitioner was taken into custody by the United States Government and petitioner's exact whereabouts, including any transport of petitioner, from the date of taking him into custody through the date of the respondents' letter." Dkt. No. 4.

    According to U.S. Immigration and Customs Enforcement ("ICE"), petitioner's whereabouts were as follows:

- On June 7, 2025, at approximately 10:45 a.m., ICE arrested the petitioner at 7 Elk Street, New York, New York;
- Thereafter, also on June 7, 2025, ICE escorted the petitioner from 7 Elk Street to the ICE processing area at 26 Federal Plaza in New York, New York;
- The petitioner remained in ICE custody at 26 Federal Plaza from June 7, 2025, until approximately 11:30 a.m. on June 9, 2025;
- ICE then transferred the petitioner from 26 Federal Plaza to Orange County Jail ("OCJ") in Goshen, New York, arriving at OCJ at approximately 1:30 p.m. on June 9, 2025;
- The petitioner has remained in ICE custody at OCJ from approximately 1:30 p.m. on June 9, 2025, to the present.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  s/  Anthony J. Sun
ANTHONY J. SUN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2810
E-mail: anthony.sun@usdoj.gov

cc: Temuri Kurpashvili, Petitioner (via First Class Mail to OCJ)