UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEMURI KUPRASHVILI,

Petitioner,

-v-

BRYAN FLANAGAN *et al.*,

Respondents.

25 Civ. 5268 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has been alerted to the pending petition in this action, which petitioner Temuri Kuprashvili filed pursuant to 28 U.S.C. § 2241. Dkt. 1. The Court apologizes for its inattention to this matter and is turning to it urgently.

To assure that the Court's review is comprehensive and up to date, the Court asks the parties, by Tuesday, April 14, 2025, each to submit a letter updating the Court on any factual developments or apposite case law since petitioner's reply.

The parties' letters should specifically address whether (1) in light of the notice and informal interview that petitioner was given on September 4, 2025, *see* Dkt. 12 ¶ 8, there is a basis to claim an unremedied due process violation based on respondents' initial failure to grant him an interview, *see Funes v. Francis*, 810 F. Supp. 3d 472, 499–502 (S.D.N.Y. 2025); (2) other than the Court's order staying petitioner's removal pending the resolution of this petition, *see* Dkt. 4, there is any obstacle to his removal; and (3) if it is respondents' intention

upon the termination of this matter to promptly remove petitioner, he is entitled to a bond hearing.

      SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 10, 2026
      New York, New York