**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TEMURI KUPRASHVILI,

                         Petitioner,                    25 **CIVIL** 5268 (PAE)

        -against-                                **JUDGMENT**

BRYAN FLANAGAN et al.,

                         Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 20, 2026, Kuprashvili's petition for a writ of habeas corpus is DENIED; accordingly, the case is closed.

**DATED:**  New York, New York
        April 20, 2026

                                   **TAMMI M. HELLWIG**
                                _____
                                     **Clerk of Court**

                **BY:**
                                _____
                                   **Deputy Clerk**