UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TEMURI KUPRASHVILI, | | |
| | Petitioner, | |
| -v- | | |
| BRYAN FLANAGAN *et al.*, | | |
| | Respondents. | |

25 Civ. 5268 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Petitioner Temuri Kuprashvili moves for a stay of this Court's April 20, 2026 Opinion and Order, Dkt. 35, denying his habeas petition and lifting the stay enjoining his removal during the pendency of such petition, while he appeals this decision to the U.S. Court of Appeals for the Second Circuit, Dkt. 38. To assure that Kuprashvili's appeal is not mooted by his removal, the Court extends its stay enjoining petitioner's removal until May 1, 2026. Any further application for relief is to be directed to the Second Circuit.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 21, 2026
       New York, New York